PHILLIP A. TALBERT
United States Attorney
MATTHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    Email: sathya.oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL ANN LANE, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:22-cv-1223 DB <br><br> **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, and with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record.

Stip. to Remand; 2:22-CV-01223-DB

-1-

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 16, 2023                    LAW OFFICES OF FRANCESCO BENAVIDES

By:   /s/ Francesco Benavides
       FRANCESCO BENAVIDES
       * By email authorization on March 15, 2023
       Attorney for Plaintiff

Dated: March 16, 2023                    PHILLIP A. TALBERT
                                         United States Attorney

By:   /s/ Sathya Oum
       Special Assistant United States Attorney
       Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that:

1. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner;

2. This action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand; and

3. This case is closed.

DATED: March 20, 2023         /s/ DEBORAH BARNES
                              UNITED STATES MAGISTRATE JUDGE